BENJAMIN B. WAGNER
United States Attorney
JARED C. DOLAN
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2767

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 2:10-cr-485 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | STIPULATION AND |
| | ) | ORDER CONTINUING RESTITUTION |
| MICHAEL JEROME TUCKER, | ) | HEARING |
| | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

The parties request that the restitution hearing in this case be continued from December 8, 2011 to December 15, 2011 at 9:00 a.m. The parties anticipate that prior to the date of that hearing, they will submit a stipulation regarding the restitution owed in this case that will obviate the need for a full hearing.

Respectfully Submitted,

BENJAMIN B. WAGNER
United States Attorney

DATE: December 8, 2011        By: /s/ Jared Dolan_____
                                  JARED C. DOLAN
                                  Assistant U.S. Attorney

1

DATE: December 8, 2011                    /s/ Jared Dolan for
                                          MATTHEW SCOBLE
                                          Attorney for Defendant


        **IT IS SO ORDERED.**

 Dated: December 8, 2011

                                          _____
                                          MORRISON C. ENGLAND, JR.
                                          UNITED STATES DISTRICT JUDGE